# United States Bankruptcy Court
### District of Utah

In re  **Penumbra Brands Holdings, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AJL Investment, LLC**<br>1250 Prospect Street, Suite 120<br>La Jolla, CA 92037 | Class C. Common Stock Warrants | 1,309,411 | Stock |
| **Bedford Falls Capital LLC**<br>c/o Kevin L. Passarello<br>10 S. Liberty Street<br>Middleburg, VA 20118 | Class C Common | 1,831,131 | Stock |
| **Best Buy Co., Inc.**<br>7601 Penn Avenue South<br>Minneapolis, MN 55423-3645 | Class C Common Stock Warrants | 4,389,939 | Stock |
| **Bill Bradley**<br>711 Fifth Avenue, 10th Floor<br>New York, NY 10022 | Class B-1 Non-Voting Common | 1,306,435 | Stock |
| **Bill Bradley**<br>711 Fifth Avenue, 10th Floor<br>New York, NY 10022 | Class B-2 Non-Voting Common | 1,119,946 | Stock |
| **Blue Sage Capital Partners**<br>1575 Blue Sage Court<br>Boulder, CO 80305 | Class B-1 Non-Voting Common Warrants | 9,408,722 | Stock |
| **Brett Bradshaw**<br>3930 Glade Hollow Way<br>Bountiful, UT 84010 | Class D Common | 25,427.815 | Stock |
| **Bridgewater Capital Corporation**<br>c/o James R. Treptow<br>6039 Hickory Tree Lane<br>Middleburg, VA 20118 | Class C Common | 4,727,806 | Stock |
| **CGP Pong Debt Holdings, LLC**<br>599 West Putnam Avenue<br>Greenwich, CT 06830 | Class C Common Stock Warrants | 9,625,425 | Stock |
| **CGP Pong Holdings LLC**<br>599 West Putnam Avenue<br>Greenwich, CT 06830-6005 | Class C Common | 135,641,557 | Stock |
| **Elizabeth and Richard Miller**<br>1125 Fifth Ave., 12th Floor<br>New York, NY 10128-0143 | Class C Common | 165,270 | Stock |

In re: **Penumbra Brands Holdings, Inc.**  Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenn William Enterprises, LLC**<br>**PO Box 266**<br>**Heber City, UT 84032** | **Class D Common** | **233,158,822** | **Stock** |
| **Hercules Technology III, L.P.**<br>**31 St. James Avenue, Suite 790**<br>**Boston, MA 02116** | **Class C Common Stock Warrants** | **1,662,441** | **Stock** |
| **Kensington Private Equity LLC**<br>**c/o Alison H. Mosca**<br>**26 patriot Place, Suite 301**<br>**Foxboro, MA 02035** | **Class C Common** | **2,532,581** | **Stock** |
| **Kent Forsgren**<br>**1409 Alice Ln.**<br>**Farmington, UT 84025** | **Class D Common** | **7,078,241** | **Stock** |
| **MAG Ventures, LLC**<br>**3 Fawn Hill Rd.**<br>**Burlington, CT 06013** | **Class C Common** | **1,493,465** | **Stock** |
| **MAG Ventures, LLC**<br>**3 Fawn Hill Rd.**<br>**Burlington, CT 06013** | **Class C Common Stock Warrants** | **872,941** | **Stock** |
| **MJE Holdings, Ltd.**<br>**3377 Niblick Drive**<br>**Park City, UT 84098** | **Class D Common** | **80,553,468** | **Stock** |
| **Nonlinear Ion Dynamics LLC**<br>**c/o Alfred Y. Wong**<br>**13700 Saticoy Street**<br>**Panorama City, CA 91402** | **Class C Common** | **2,313,778** | **Stock** |
| **Robert M. Manning**<br>**32 Yarmouth Road**<br>**Norwalk, CT 06853** | **Class C Common** | **298,693** | **Stock** |
| **Robert M. Manning**<br>**32 Yarmouth Road**<br>**Norwalk, CT 06853** | **Class C Common Stock Warrants** | **174,588** | **Stock** |
| **Sealion Enterprises, LLC**<br>**1476 Comptons Pt.**<br>**Farmington, UT 84025** | **Class D Common** | **38,468,704** | **Stock** |

In re: **Penumbra Brands Holdings, Inc.**  Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen J. Luczo Revocable Trust**<br>**c/o Stephen J. Luczo, Trustee**<br>**PO Box 277**<br>**Los Gatos, CA 95031-0277** | **Class C Common** | **826,349** | **Stock** |
| **Velos Partners Fund I LP**<br>**10940 Wilshire Blvd., Suite 600**<br>**Los Angeles, CA 90024** | **Class C Common** | **13,702,062** | **Stock** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 8, 2020**       Signature  **/s/ Gentry Jensen**
                                       **Gentry Jensen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.